OPINION — AG — HOUSE BILL NO. 1721, 37TH LEG., 2ND SESSION, 1980, IS VIOLATIVE OF BOTH ARTICLE X, SECTION 15, ARTICLE X, SECTION 14 OKLAHOMA CONSTITUTION. (IS AN ACT RELATING TO TORTS, PROVIDING FOR THE INDEMNIFICATION OF PRIVATE CITIZENS OR PERSONS DEPENDENT THEREON, UPON DEATH OR DAMAGE SUSTAINED BY THEM WHEN THEY UNDERTAKE MERITORIOUS ACTION AS SET OUT IN THE GOOD SAMARITAN ACT.) (WILLIAM W. GORDEN JR) SEE: OPINION NO. 87-100 (1987)